UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:07-CV-1541-T-3OTGW

A. JOSEPH RAETANO,

        Plaintiff,

vs.

J & J PROPERTIES ASSOCIATES, LLC,

        Defendant.
_____/

### FINAL ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon the Stipulation for Voluntary Dismissal with Prejudice, filed herein by the Parties. The Court has carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Voluntary Dismissal with Prejudice filed herein by the Parties be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** this 29 day of Jan. , 2008.

_____
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
All counsel of record.